AO 106 (Rev. 5/85) Affidavit for Search Warrant

# United States District Court

### MIDDLE DISTRICT OF ALABAMA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**One parcel addressed to:**
Lance Smith
2776 Vandy Dr.
Montgomery, AL 36110
USPS Tracking# EL 479113912 US

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 2:17mJ1-WC

I, _____ C. L. Phillips _____ being duly sworn depose and say:

I am a(n) _____ United States Postal Inspector _____ and have reason to believe
Official Title

that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

One parcel addressed to Lance Smith, 2776 Vandy Dr., Montgomery, AL 36110; with Tracking # EL 479113912 US

in the _____ Middle _____ District of _____ Alabama _____

there is now concealed a certain person or property, namely (describe the person or property)
controlled substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments consisting of payment and/or proceeds relative to the distribution of controlled substances

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)

**contraband, the fruits of a crime or thing otherwise criminally possessed,**

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 841(a)(1) and 843(b) _____ .
The facts to support the issuance of a Search Warrant are as follows:

See attached affidavit (ATTACHMENT 1) incorporated herein by reference and made part of this application.

Continued on the attached sheet and made a part hereof.      ☒ Yes  ☐ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

JANUARY 4, 2017 _____      at      MONTGOMERY, ALABAMA _____
Date                                              City and State

WALLACE CAPEL, JR.
CHIEF, UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer      Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**
**ATTACHMENT 1**

I, Christopher L. Phillips, U.S. Postal Inspector, depose and state:

1.     I am a Postal Inspector with the United States Postal Inspection Service ("USPIS"), and have been employed in this capacity since April of 2012. I am currently assigned to the Houston Division's Montgomery, AL domicile. I am an "investigative or law enforcement officer" within the meaning of Title 18, United States Code ("U.S.C.") Section 2510(7). That is, I am an officer of the United States who is empowered by law to conduct investigations and to make arrests for crimes furthered through the use of the U.S. Mail or in connection to the U.S. Postal Service ("USPS"), property of the USPS, and other postal offenses, as set forth in 18 U.S.C. § 3061.

2.     This affidavit is written in support and as part of an application for a search warrant to search one parcel currently in the custody and control of the USPIS. The information contained in this affidavit is based on my personal knowledge and observations, on information conveyed to me by other individuals, including law enforcement officials and postal employees, as well as on my review of records, documents, and other physical evidence obtained. This affidavit only contains information necessary to support probable cause for a search warrant and is not intended to include every fact observed by your affiant or known to the government.

3.     Prior investigations by U.S. Postal Inspectors have determined that the U.S. Mails are being used to transmit controlled substances from California to other destinations in the United States.

4.     On or around December 31, 2016, postal management contacted postal inspectors concerning a parcel addressed to 2776 Vandy Dr., Montgomery, AL  36110. According to management, delivery of the parcel was attempted twice, but the receiving address refused the parcel.

5.     The parcel in question is described as follows:

|   |   |   |
|---|---|---|
| a. | Addressed To: | Lance Smith<br>2776 Vandy Dr.<br>Montgomery, AL  36110 |
| b. | Return Address: | Josh Mcelroy<br>70 Summer Rim Cir.<br>Sacramento, CA  95823 |
| c. | Class of Mail: | Priority Mail Express<br><br>USPS Tracking Number(s):<br>EL 79112912 US |

     d.     Postage:                           $40.15

6.     Postal inspectors conducted additional investigations relating to the parcel in question. A computerized records check regarding the addresses on the parcel was completed. According to the records check, the addressee, "Lance Smith" is not associated to the delivery address, and "Josh Mcelroy" is not associated to the return address. Based on your affiant's training and experience, persons involved in the distribution of controlled substances, via the U.S. Mail, will use fictitious address information in an attempt to disassociate themselves from the controlled substances.

7.     On January 3, 2017, the parcel was examined by narcotics detection canine "Ace," handled by Lt. Talley from Alabama Department of Corrections. During the examination, "Ace" alerted to the parcel, indicating the parcel contained the scent of controlled substances. Your affiant has been advised of the qualifications of the canine handler and his narcotics detection canine, "Ace," which is more fully described in Attachment A, filed in conjunction herewith and incorporated by reference herein.

8.     Based on the facts set forth in this affidavit, and based on my training and experience, there is probable cause to believe the parcel contains controlled substances and/or narcotics trafficking proceeds. As a result, your affiant respectfully requests the issuance by the court of a search warrant directing the search of the parcel described above. Additionally, your affiant requests the seizure of the parcel, controlled substances, currency, and/or negotiable instruments contained therein. Your affiant also requests the seizure of any additional enclosed materials recovered during the search of the parcel, which may represent evidence of the distribution of controlled substances, to include evidence as to the identity of the source of the packages and/or the recipient thereof, all in violation of 21 U.S.C. §§ 802, 813, 841 (a)(1), 843(b), and 846.

9.     The parcel has been maintained in the custody of the undersigned affiant in this District pending application for a search warrant.

_____
Christopher L. Phillips
U.S. Postal Inspector

Sworn to and subscribed before me this
4th day of January, 2017, in
Montgomery, AL

_____
WALLACE CAPEL, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT A

"Ace" is a male Beligum Malinois approximately 4 years old, and has been working as a K9 narcotics detector dog since 2013.  "Ace" participates in minimum of 16 hours of in-service training per month, as well as routine usage.  Per his handler, Lt. Richard Talley, "Ace" was certified through Central Alabama Police K-9 Training Association, Inc., and Alabama Canine Law Enforcement Officer's Training Center, Inc.  "Ace" is certified to detect cocaine, marijuana, heroin, methamphetamine, crack and MDMA.

Lt. Talley has been a canine narcotic handler with Alabama Department of Corrections for approximately 9 years; and has worked with "Ace" for approximately 3 years.  Lt. Talley has confirmed the K-9's credibility and reliability.

"Ace" has successfully alerted hundreds of times during training and real life situations. "Ace" is available 7 days a week to conduct drug sniffs for Alabama Department of Corrections and other outside agencies. "Ace" has several narcotic arrests.